No. 22,737.

THE STATE OF KANSAS, *Appellee*, v. CHARLES DAVIDSON, *Appellant.*

#### SYLLABUS BY THE COURT.

CRIMINAL LAW—*Rape—Evidence Sustains Verdict—Instructions.* The proceedings examined, and *held*, the evidence established the completed crime of rape, and error was not committed in omitting to instruct the jury with reference to attempt to rape.

Appeal from Leavenworth district court; JAMES H. WENDORFF, judge. Opinion filed February 12, 1921. Affirmed.

*Turner W. Bell,* and *Benjamin F. Endres,* both of Leavenworth, for the appellant.

*Floyd E. Harper,* of Leavenworth, for the appellee.

King v. Rodgers.

The opinion of the court was delivered by

BURCH, J.: The defendant was convicted of statutory rape, and appeals.

Two questions are presented: First, that no more than an attempt was proved, and second, that no instruction relating to attempt was given the jury. The evidence need not be stated. It was abundantly sufficient to establish the completed crime. No instruction relating to attempt was requested, and under the circumstances failure to give such an instruction did not constitute prejudicial error (*The State v. Winter*, 81 Kan. 414, 105 Pac. 516).

The judgment of the district court is affirmed.